■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN SHAMPINE, Appellant. [864 NYS2d 339]—The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted, and new counsel is to be assigned. Memorandum: Defendant appeals from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to *People v Crawford* (71 AD2d 38 [1979]), and has submitted an affidavit in which she concludes that there are no nonfrivolous issues meriting this Court's consideration. Upon a review of the record, we conclude that a nonfrivolous issue exists as to whether County Court erred in denying defendant's request for a downward departure from his presumptive risk level. Therefore, we relieve counsel of her assignment and assign new counsel to brief this issue, as well as any other issues that

counsel's review of the record may disclose. (Appeal from Order of Jefferson County Court, Kim H. Martusewicz, J.—Sex Offender Registration Act.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.